IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,,
)  No. C 09-00247 SBA (PR)
)
          Plaintiff,
)
)  **ORDER FOR ADMINISTRATIVE**
     v.
)  **CORRECTION OF THE RECORD**
)
J. D. BENNETT,
)
)
          Defendant.
)
)

A clerical error has been discovered in the case record. In accordance with Rule 60(a) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to make the following administrative correction to the record.

The Court's Order of Service (docket no. 4) contains an incorrect date of signing. It states that it was signed on January 19, 2009, which is the incorrect month that the Order was signed. The aforementioned Order should be corrected to reflect the correct month of November.

The Clerk shall notify all parties accordingly.

IT IS SO ORDERED.

DATED: 1/25/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.09\Ellis0247.CORRECTdate.frm

1 UNITED STATES DISTRICT COURT
FOR THE
2 NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

        Plaintiff,

  v.

J.D. BENNETT et al,

        Defendant.

Case Number: CV09-00247 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin F. Ellis P16230
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: January 26, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk