IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BENJAMIN F. ELLIS,** <br><br> Plaintiff, <br><br> v. <br><br> **LIEUTENANT J.D. BENNETT,** <br><br> Defendants. | C 09-0247 SBA (PR) <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendants filed a request for extension of time of thirty days, up to and including September 10, 2010, in which to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

The Court has read and considered Defendant's request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that Defendant's request for an extension of time is GRANTED, and that the time to file a reply brief is extended for thirty days, up to and including September 10, 2010.

8/5/10

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Court Judge

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

       Plaintiff,

v.

J.D. BENNETT et al,

       Defendant.

                                  Case Number: CV09-00247 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin F. Ellis P16230
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: August 5, 2010

                                  Richard W. Wieking, Clerk
                                  By: LISA R CLARK, Deputy Clerk

2