IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. D. BENNETT,<br><br>　　　　Defendant. | No. C 09-00247 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

　　Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.

　　On November 19, 2009, the Court directed Defendant to file his motion for summary judgment sixty days from the date his answer was filed. Defendant filed his motion for summary judgment, and Plaintiff filed his opposition. Thereafter, Defendant filed a reply to the opposition.

　　Before the Court is Plaintiff's motion for leave to file a response to Defendant's reply to the opposition (docket nos. 26, 29, 32).[1]

　　Accordingly, the Court GRANTS Plaintiff's motion for leave to file a response to Defendant's reply. Plaintiff shall file his response no later than **thirty (30) days** from the date of this Order.

　　This Order terminates Docket nos. 26, 29 and 32.

　　IT IS SO ORDERED.

DATED: 10/20/10

　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] On September 30, 2010, Plaintiff filed a motion entitled, "Motion for Request to File Response to Defendant's Reply Brief" (docket no. 29). On September 21, 2010 and on October 13, 2010, Plaintiff filed two other motions entitled "Motion for Extension of Time to Oppose Defendant's Reply to Plaintiff's Opposition to Defendant's Summary Judgment" and "Motion to Continue the Hearing Date," respectively, which the Court construes as additional motions for leave to file a response to Defendant's reply (docket nos. 29, 32).

G:\PRO-SE\SBA\CR.09\Ellis0247EOT2Reply.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | Case Number: CV09-00247 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| J.D. BENNETT et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin F. Ellis P16230
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: October 20, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2