IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>J. D. BENNETT,<br><br>    Defendant. | No. C 09-00247 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT REGARDING MEDICAL CLAIM** |

   Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.

   Before the Court is Plaintiff's motion for leave to file a response to Defendant's reply to his opposition to the Supplemental Motion for Summary Judgment Regarding Medical Claim (docket no. 52).

   Accordingly, the Court GRANTS Plaintiff's motion for leave to file a response to Defendant's reply.  Plaintiff shall file his response no later than **September 20, 2011.**

   This Order terminates Docket no. 52.

   IT IS SO ORDERED.

DATED:   9/13/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Ellis0247.2ndEOT2Reply.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | Case Number: CV09-00247 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| J.D. BENNETT et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin F. Ellis P16230
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: September 6, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Ellis0247.2ndEOT2Reply.wpd            2