IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

    Plaintiff,

v.

J. D. BENNETT,

    Defendant.

No. C 09-0247 SBA (PR)

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION TO RECONSIDER**

(Docket No. 56)

Plaintiff, a state prisoner, filed a pro se civil rights complaint alleging that the Defendant violated his constitutional rights. The court granted Defendant's motion for summary judgment on Plaintiff's excessive force claim, leaving only his medical care claim. In granting the motion, the Court concluded that Defendant's action in pulling Plaintiff's wheelchair backwards with "vitality and force" was, at most, negligence, which is not sufficient to state an excessive force claim.

Now before the Court is Petitioner's Motion for Leave to File a Motion to Reconsider the order granting partial summary judgment. Dkt. 56. The Local Rules of this court require that a litigant obtain leave of court before filing a motion to reconsider. *See* Civ. L.R. 7-9(a). A party seeking leave to file a motion to reconsider must specifically show: (1) that at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the court before entry of the interlocutory order for which the reconsideration is sought, and that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or (2) the emergence of new material facts or a change of law occurring after the time of such order; or (3) a manifest failure by the court to consider material facts which were presented to the court before such interlocutory order. See Civil L.R. 7-9(b).

As grounds for his proposed motion to reconsider, Plaintiff alleges that he relied on

another prisoner to prepare his opposition, and that he was afforded inaccurate advice. However, Plaintiff does not identify the nature of the inaccurate advice or how his present understanding of the law would have altered the outcome of the motion. But even if he had provided such information, Plaintiff still has not demonstrated grounds for reconsideration. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion for leave to file a motion for reconsideration is DENIED. This Order terminates Docket 56.

IT IS SO ORDERED.

DATED: 2/1/12

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

        Plaintiff,

v.

J.D. BENNETT et al,

        Defendant.

Case Number: CV09-00247 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin F. Ellis P16230
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: February 2, 2012

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

3

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\PRO-SE\SBA\CR.09\Ellis0247.RECON-GAW.wpd