**United States District Court**
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4   BENJAMIN ELLIS,                          No. C 09-0247 SBA (PR)

5                    Plaintiff,              **ORDER DENYING PLAINTIFF'S
                                             MOTION FOR LEAVE TO FILE A
6   v.                                       MOTION TO RECONSIDER**

7   J. D. BENNETT,                           (Docket No. 56)

8                    Defendant.
                                     /
9

10          Plaintiff, a state prisoner, filed a <u>pro</u> <u>se</u> civil rights complaint alleging that the

11   Defendant violated his constitutional rights.  The court granted Defendant's motion for

12   summary judgment on Plaintiff's excessive force claim, leaving only his medical care

13   claim.  In granting the motion, the Court concluded that Defendant's action in pulling

14   Plaintiff's wheelchair backwards with "vitality and force" was, at most, negligence, which

15   is not sufficient to state an excessive force claim.

16          Now before the Court is Petitioner's Motion for Leave to File a Motion to

17   Reconsider the order granting partial summary judgment. Dkt. 56.  The Local Rules of

18   this court require that a litigant obtain leave of court before filing a motion to reconsider.

19   *See* Civ. L.R. 7-9(a).  A party seeking leave to file a motion to reconsider must

20   specifically show: (1) that at the time of the motion for leave, a material difference in fact

21   or law exists from that which was presented to the court before entry of the interlocutory

22   order for which the reconsideration is sought, and that in the exercise of reasonable

23   diligence the party applying for reconsideration did not know such fact or law at the time

24   of the interlocutory order; or (2) the emergence of new material facts or a change of law

25   occurring after the time of such order; or (3) a manifest failure by the court to consider

26   material facts which were presented to the court before such interlocutory order.  See

27   Civil L.R. 7-9(b).

28          As grounds for his proposed motion to reconsider, Plaintiff alleges that he relied on

another prisoner to prepare his opposition, and that he was afforded inaccurate advice. However, Plaintiff does not identify the nature of the inaccurate advice or how his present understanding of the law would have altered the outcome of the motion.  But even if he had provided such information, Plaintiff still has not demonstrated grounds for reconsideration.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion for leave to file a motion for reconsideration is DENIED.  This Order terminates Docket 56.

IT IS SO ORDERED.

DATED: 2/1/12

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1

2    UNITED STATES DISTRICT COURT
     FOR THE
3    NORTHERN DISTRICT OF CALIFORNIA

4    BENJAMIN ELLIS,
                                                    Case Number: CV09-00247 SBA
5                    Plaintiff,
                                               **CERTIFICATE OF SERVICE**
6        v.

7    J.D. BENNETT et al,

8                    Defendant.
                                          /
9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
11
     That on February 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
12   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
     said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
13   receptacle located in the Clerk's office.

14

15
     Benjamin F. Ellis P16230
16   Salinas Valley State Prison
     P.O. Box 1050
17   Soledad,  CA 93960-1050

18
     Dated: February 2, 2012
19
                                               Richard W. Wieking, Clerk
                                               By: LISA R CLARK, Deputy Clerk
20

21

22

23

24

25

26

27

28

3

**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.09\Ellis0247.RECON-GAW.wpd