IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,                      No. C 09-00247 SBA (PR)

      Plaintiff,                          **JUDGMENT**

  v.

J. D. BENNETT,

      Defendant.
_____/

     Pursuant to the Court's Order of today's date granting Defendant's supplemental motion for summary judgment, judgment is hereby entered in favor of Defendant and against Plaintiff.

     IT IS SO ORDERED.

DATED: __3/13/12                               _Saundra B Armstrong_
                                                   SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge

G:\PRO-SE\SBA\CR.09\Navarro1858&Lopez3869.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

        Plaintiff,

  v.

J.D. BENNETT et al,

        Defendant.

Case Number: CV09-00247 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin F. Ellis P16230
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: March 14, 2012

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Navarro1858&Lopez3869.jud.wpd